# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:09-CR-124(2)** |
| | § | |
| **JEREMY FURLONG** | § | |

## ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the revocation of the defendant's supervised release.

Having conducted the proceedings in the form and manner prescribed by the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583, the magistrate judge issued his *Findings of Fact and Recommendation on Plea of True* [doc. #146]. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation with additional supervision to follow.

The parties have not objected to Judge Giblin's report. Accordingly, after review, the Court concludes that the *Findings of Fact and Recommendation* should be accepted.

It is **ORDERED** that the *Findings of Fact and Recommendation* [doc. #146] are **ADOPTED.** The Court finds that Defendant, Jeremy Furlong, violated conditions of his supervised release. The Court accordingly **ORDERS** that the defendant's term of supervision is **REVOKED**.

Pursuant to the magistrate judge's recommendation, the Court **ORDERS** the defendant to serve a term of six (6) months imprisonment, with a new thirty (30) month term of supervised release to follow. The conditions of supervision will be set forth in a separate revocation judgment. The Court recommends placement in the Federal Correctional Institution (FCI) in Pollock, Louisiana, for service of the prison term, if possible.

**SIGNED this 2nd day of February, 2016.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE